E-SERVED
02/13/04
06:47 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION | MDL No. 1431 (MJD) |
| | **PLAINTIFF DOUGLAS SHAW'S NOTICE OF MOTION AND MOTION TO REMAND** |
| This Document Relates To: | |
| Shaw v. Bayer Corporation, Case No. 02-CV-433 | |

**NOTICE OF MOTION AND MOTION OF PLAINTIFF DOUGLAS SHAW FOR REMAND**

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 11, 2004, Plaintiff filed his motion to remand this action to the Superior Court of California. The Honorable Michael J. Davis at the United States District Court for the District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota 55415, will rule on this motion without a hearing. The motion will be based on this notice, the accompanying memorandum of law, the notice of removal filed by Defendant Bayer Corporation, any reply memorandum filed herein, any exhibits attached to this motion, and the papers and pleadings on file with the Court. Plaintiff moves this Court for an order remanding this action to the Superior Court of the State of California, County of San Francisco, pursuant to 28 U.S.C. § 1447(c).

Dated: February 13, 2004

**GREEN & JIGARJIAN LLP**

By: ______________________
Robert A. Jigarjian

E-SERVED
02/13/04
06:47 PM ET
Baycol MDL 1431

Robert S. Green
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710