E-SERVED
03/09/04
07:04 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

Douglas Shaw v. Bayer Corp., et al.

Case No: 02-0433

NOTICE OF ERRATA TO TITLE OF DOCUMENT (DEFENDANT BAYER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND)

E-SERVED
03/09/04
07:04 PM ET
Baycol MDL 1431

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the caption page of BAYER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND REMAND ACTION, filed by Defendant Bayer Corporation on March 5, 2004, was incorrectly identified. The document should correctly be titled, DEFENDANT BAYER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND.

Dated: March 9, 2004

Respectfully submitted,

Catherine Valerio Barrad / fm

Catherine Valerio Barrad
Jill Faulkner McNeal
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Counsel for Bayer Corporation

E-SERVED 03/09/04 07:04 PM ET Baycol MDL 1431

CERTIFICATE OF SERVICE

I, Eva A. Fitzhugh, certify that a true and correct copy was electronically served to counsel of record via Verilaw on March 9, 2004.

Eva A. Fitzhugh