E-SERVED
05/25/04
06:40 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION | MDL No. 1431 (MJD) |
| | **PLAINTIFF DOUGLAS SHAW'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM PTO NO. 114 PARTS I(A) AND (B)** |
| This Document Relates To:<br><br>Shaw v. Bayer Corporation,<br>Case No. 02-CV-433 | |

## NOTICE OF MOTION AND MOTION OF PLAINTIFF DOUGLAS SHAW FOR RELIEF FROM PTO NO. 114 PARTS I(A) AND (B)

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 25, 2004, Plaintiff filed his motion for relief from PTO No. 114 Parts I(A) and (B). The Honorable Michael J. Davis at the United States District Court for the District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota 55415, will rule on this motion without a hearing. The motion will be based on this notice, the accompanying memorandum of law, any reply memorandum filed herein, any exhibits attached to this motion, and the papers and pleadings on file with the Court. Plaintiff moves this Court for an order granting relief from PTO No. 114 Parts I(A) and (B), pursuant to PTO No. 114 Part I(F).

E-SERVED
05/25/04
06:40 PM ET
Baycol MDL 1431

Dated: May 25, 2004

**GREEN & JIGARJIAN LLP**

By: ______________________
Robert A. Jigarjian

Robert S. Green
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710