E-SERVED
05/25/04
06:43 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | ) MDL No. 1431 (MJD/JGL) |
| | ) **PROOF OF SERVICE** |
| This Document Relates to: | ) |
| Shaw v. Bayer Corporation, Case No. 02-CV-433 (MJD) | ) |

I, Katie P. Brown, hereby certify as follows:

I am employed by Green & Jigarjian, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On May 25, 2004, the within document(s) were electronically served to counsel of record via Verilaw:

1. **PLAINTIFF DOUGLAS SHAW'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM PTO NO. 114 PARTS I(A) AND (B);**

2. **PLAINTIFF DOUGLAS SHAW'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF FROM PRETRIAL ORDER NO. 114 PARTS I(A) AND (B);**

3. **[PROPOSED] ORDER GRANTING PLAINTIFF DOUGLAS SHAW'S MOTION FOR RELIEF FROM PRETRIAL ORDER NO. 114 PARTS I(A) AND (B); and**

4. **PROOF OF SERVICE.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed May 25, 2004, at San Francisco, California.

Katie P. Brown