E-SERVED
10/29/04
02:53 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Shaw v. Bayer Corporation,<br>Case No. 02-CV-433 | MDL No. 1431 (MJD)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that Green & Jigarjian LLP has changed its name to Green Welling LLP. Please revise your records accordingly.

Dated: October 28, 2004

**GREEN WELLING LLP**

By: /s/ Robert S. Green
Robert S. Green

Jenelle Welling
235 Pine Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

E-SERVED
10/29/04
02:53 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Green Welling, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On October 29, 2004, the within document was electronically served to counsel of record via Verilaw:

**NOTICE OF CHANGE OF FIRM NAME**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed October 29, 2004, at San Francisco, California.

Leslie R. Cuesta