E-SERVED
11/02/04
04:45 PM ET
Baycol MDL 1431

# Exhibit A

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431 Baycol JCC

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 10/24/03 DEPT. 307

HONORABLE WENDELL MORTIMER, JR. JUDGE | G. CAMPBELL DEPUTY CLERK

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

R. SANCHEZ, C.A. Deputy Sheriff | L. HULL #6603 Reporter

10:00 am JCCP4217

BAYCOL CASES

Coordination Proceeding Special Title (Rule 1550(b))

JCCP4223

Plaintiff Counsel: LOPEZ HODES RESTAINO BY: STEVEN SKIKOS (X)
GIRARDI & KEESE BY: MEITH GRIFFIN (X)

Defendant Counsel: RYAN DATOMI FLORES BY: ROBERT VON BARGEN (X)
KERN & GONZALEZ BY: JUDITH ALVARADO (X)

**NATURE OF PROCEEDINGS:**

1) MOTION OF DEFENDANT BAYER CORP TO COMPEL HIPAA-COMPLIANT AUTHORIZATIONS PURSUANT TO STIPULATION AND ORDER RE: PLAINTIFF FACT SHEETS, AUTHORIZATIONS AND PRODUCTION OF MEDICAL RECORDS AND CASE MANAGEMENT ORDER NO.8;
2) MOTION OF DEFENDANT BAYER CORP. TO COMPEL PLAINTIFF FACT SHEETS, AUTHORIZATIONS, OTHER REQUIRED DOCUMENTS AND FURTHER RESPONSES PURSUANT TO STIPULATION AND ORDER RE: PLAINTIFF FACT SHEETS, AUTHORIZATIONS AND PRODUCTION OF MEDICAL RECORDS;
3) ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED PARTIES;
4) RIC369398 - RAGLAND CASE - STATUS CONFERENCE;
5) MC013607 - FUKAE CASE - STATUS CONFERENCE;
* * * * * * * * * * * * * * * * * * * * * * * * * * *
ADDITIONAL APPEARANCES:

SIDLEY AUSTIN BROWN
BY: CATHERINE BARRAD (X)
AND: CHRISTINE SON (X)
REED SMITH
BY: JOSEPH LEE (X)
VIA COURTCALL: HINSHAW DREA BLUMENTHAL & MARKHAM BY: KYLE NORDREHAUG (X)

DRINKER BIDDLE REATH
BY: MARIO HORWITZ (x)
AND: THOMAS MOORE (X)
REBACK MCANDREWS KJAR
BY: L. GELFER-MUNDL (x)
KERN & GONZALEZ
AND: MICHAEL GONZALEZ (X)
BY: LORIE KRUSE (X)
* * * * * * * * * * * * * * * * * * * * * * * * * *
1) Motion of defendant Bayer to compel HIPAA-compliant authorizations is granted; no opposition. Order is signed and filed this date.
2) Motion of defendant Bayer to compel plaintiff fact sheets and authorizations is granted, with 15



MINUTES ENTERED
10/24/03
COUNTY CLERK

11/02/04
04:45 PM ET
Baycol MDL 1431

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 10/24/03 DEPT. 307

HONORABLE WENDELL MORTIMER, JR. JUDGE | G. CAMPBELL DEPUTY CLERK

HONORABLE JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR

R. SANCHEZ, C.A. Deputy Sheriff | L. HULL #6603 Reporter

10:00 am JCCP4217

BAYCOL CASES

Coordination Proceeding Special Title (Rule 1550(b))

JCCP4223

Plaintiff Counsel: LOPEZ HODES RESTAINO BY: STEVEN SKIKOS (X)
GIRARDI & KEESE

Defendant Counsel: BY: MEITH GRIFFIN (X)
RYAN DATOMI FLORES
BY: ROBERT VON BARGEN (X)
KERN & GONZALEZ
BY: JUDITH ALVARADO (X)

**NATURE OF PROCEEDINGS:**

days to provide further responses. As to California Foundation for Independent Living Centers (BC266419), Plaintiff is to provide medical authorizations for medical records and is to complete plaintiff fact sheets within 30 days, within limitations as reflected in the notes of the official court reporter.

3) The Court grants Orders to Show Cause as to all plaintiffs listed except as to plaintiffs who have filed responses and/or opposition. The following plaintiffs shall have 20 days to file proof of service with the court: RUONA, SONOMA 228235; DE LA FUENTES, BC273037; and all plaintiffs listed in Order to Show Cause represented by Girardi & Keese, with the exception of Gary Arnold, BC279034. Defendant to submit revised proposed Order for Court's signature.

Lead counsel for defendant represents that she will be filing a Stipulation as to global discovery.

4) and 5) Court and trial counsel confer in chambers off the record as to the RAGLAND and FUKAE cases.

This minute order is served electronically by posting on the Verilaw website on date and time as reflected in the facsimile transmission confirmation sheet attached to original minute order and placed in the court file.



MINUTES ENTERED
10/24/03
COUNTY CLERK

E-SERVED
11/02/04
04:45 PM ET
Baycol MDL 1431

# Exhibit B

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

Catherine Valerio Barrad (SBN 168897)
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants
Bayer Corporation

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

COORDINATION PROCEEDING SPECIAL TITLE [Rule 1550(b)]

IN RE BAYCOL CASES I AND II

THIS DOCUMENT RELATES TO:

ALL CASES

Case Nos. JCCP 4217
JCCP 4223

Assigned to: Honorable Wendell Mortimer, Jr.

**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO COMPEL PLAINTIFF FACT SHEETS, AUTHORIZATIONS, OTHER REQUIRED DOCUMENTS, AND FURTHER RESPONSES**

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 30, 2003, the Court entered the Order Granting Defendant Bayer Corporation's Motion to Compel Plaintiff Fact Sheets, Authorizations, Other Required Documents, and Further Responses. A true and correct copy of the Order is attached.

Dated: October 31, 2003

SIDLEY AUSTIN BROWN & WOOD LLP

By: [signature]
Catherine Valerio Barrad
Attorneys for Defendant
Bayer Corporation

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

RECEIVED OCT 2 9 2003 Dept. 307

ORIGINAL FILED OCT 3 0 2003 LOS ANGELES SUPERIOR COURT

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| FOR THE COUNTY OF LOS ANGELES COORDINATION PROCEEDING SPECIAL TITLE [Rule 1550(b)]<br><br>IN RE BAYCOL CASES I AND II<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No. JCCP No. 4217<br>JCCP No. 4223<br><br>Assigned to: Honorable Wendell Mortimer, Jr.<br><br>**[~~Proposed~~] ORDER GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO COMPEL PLAINTIFF FACT SHEETS, AUTHORIZATIONS, OTHER REQUIRED DOCUMENTS, AND FURTHER RESPONSES**<br><br>Date: October 24, 2003<br>Time: 9:00 a.m.<br>Place: Department 307 |

Bayer Corporation's Motion to Compel came on for hearing before the Court on September 26, 2003, in Department 307 of the Superior Court of the State of California, County of Los Angeles, before the Honorable Wendell Mortimer, Jr.

The Court, having considered the submissions and argument by the parties, and good cause appearing therefore, hereby ORDERS as follows:

1. It is ordered that in the case of *Manuel-Justin Abril v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286826, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else he shall be precluded from

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce signed and dated HIPAA-compliant medical authorizations within fifteen days of this Order, or else he shall be precluded from entering into evidence any medical records. The plaintiff shall produce signed and dated HIPAA-compliant employment authorizations within fifteen days of this Order, or else he shall be precluded from entering into evidence any employment records. The plaintiff shall produce signed and dated HIPAA-compliant insurance authorizations within fifteen days of this Order, or else he shall be precluded from entering into evidence any insurance records. The plaintiff shall also produce signed and dated workers' compensation/ social security authorizations within fifteen days of this Order, or else he shall be precluded from entering into evidence any workers' compensation/ social security records. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol. All authorizations provided shall be in compliance with the Fact Sheet Stipulation, as amended.

2. It is ordered that in the case of *Frank Blickensderfer v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286772, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else he shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol.

3. It is ordered that in the case of *California Foundation for Independent Living Centers v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 266419, the two individually-named plaintiffs and/or class representatives shall each provide a complete signed and dated Plaintiff Fact Sheet within thirty days of this Order, or else they shall be deemed to be inadequate to represent the class, and their claims are deemed not typical of the class. The individually-named plaintiffs and/or class representatives shall also produce signed and dated HIPAA-compliant authorizations for the collection of medical, employment (no claim for lost wages/earning capacity), and insurance authorizations within thirty days of this Order, or else they

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

shall be deemed to be inadequate to represent the class, and their claims are deemed not typical of the class.

4. It is ordered that in the case of *Linda Choice v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 289124, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else she shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce signed and dated HIPAA-compliant medical authorizations within fifteen days of this Order, or else she shall be precluded from entering into evidence any medical records. The plaintiff shall produce signed and dated HIPAA-compliant employment authorizations within fifteen days of this Order, or else she shall be precluded from entering into evidence any employment records. The plaintiff shall produce signed and dated HIPAA-compliant insurance authorizations within fifteen days of this Order, or else she shall be precluded from entering into evidence any insurance records. The plaintiff shall also produce signed and dated workers' compensation/ social security authorizations within fifteen days of this Order, or else she shall be precluded from entering into evidence any workers' compensation/ social security records. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else she shall be deemed to have admitted that he has no loss of income associated with her use of Baycol. All authorizations provided shall be in compliance with the Fact Sheet Stipulation, as amended.

5. It is ordered that in the case of *James DeMoux v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286774, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else he shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol.

6. It is ordered that in the case of *Ned Hallet v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286773, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else he shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

also produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol.

7. It is ordered that in the case of *Sarah Harper v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286771, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else she shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else she shall be deemed to have admitted that he has no loss of income associated with her use of Baycol.

8. It is ordered that in the case of *Wes Hase v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 286123, the plaintiff shall produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol.

9. It is ordered that in the case of *Frank Navarro v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 279402, the plaintiff shall provide a signed and dated Plaintiff Fact Sheet within fifteen days of this Order, or else he shall be precluded from entering into evidence any fact or evidence within the subject matter of the Plaintiff Fact Sheet. The plaintiff shall also produce tax records for the last five years within fifteen days of this Order, or else he shall be deemed to have admitted that he has no loss of income associated with his use of Baycol.

10. It is ordered that in the case of *Gary Arnold v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 279034, the plaintiff shall provide within fifteen days of this Order further responsive answers to the interrogatories in the Plaintiff Fact Sheets regarding the dosage of Baycol taken, the dates of Baycol use, the name and address of the prescribing doctor for Baycol, and the name and address of the dispensing pharmacy for Baycol, or else he will be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also provide within fifteen days of this Order the complete address of employer Scully Distribution, the name and address of plaintiff's insurance company, and the worker's compensation, social security, and disability information requested in the Plaintiff Fact Sheet, or else the Court will enter a finding that plaintiff had pre-existing medical conditions that caused his alleged injuries.

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

11. It is ordered that in the case of *Susan Bohn v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 285555, the plaintiff shall provide further responsive answers to the interrogatories in the Plaintiff Fact Sheets regarding the dosage of Baycol taken, and the dates of Baycol use within fifteen days of this Order, or else she will be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also identify the nature of plaintiff's alleged injuries and/or illnesses within fifteen days of this Order, or else the Court will enter a finding that the plaintiff did not suffer any injuries as a result of Baycol. The plaintiff shall also indicate whether she had any discussions with a health care provider about Baycol contributing to the plaintiff's alleged injuries and/or illnesses, or else the Court will enter a finding that the plaintiff did not suffer any injuries as a result of Baycol.

12. It is ordered that in the case of *Norton Bosemer v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 283759, the plaintiff shall provide further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the plaintiff's medical history and medications taken while plaintiff was taking Baycol within fifteen days of this Order, or else the Court will enter a finding that plaintiff had pre-existing medical conditions that cause his alleged injuries. The plaintiff shall also identify the nature of plaintiff's alleged injuries and/or illnesses within fifteen days of this Order, or else the Court will enter a finding that the plaintiff did not suffer any injuries as a result of Baycol. The plaintiff shall also provide within fifteen days of this Order the complete address for employers Tube Turns, Ohio Inspector, and Crane Co., or else the Court will enter a finding that plaintiff had pre-existing medical conditions that caused his alleged injuries.

13. It is ordered that in the case of *Emilio Chiarucci v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 278964, the plaintiff shall provide further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the dispensing pharmacy for Baycol within fifteen days of this Order, or else he will be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also provide the name and address of the prescribing doctor for Zocor, dates of Zocor usage, and name and address of the dispensing pharmacy for Zocor within fifteen days of this Order, or else the Court will enter a finding that plaintiff had pre-existing medical conditions that cause his alleged injuries. The plaintiff

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

shall also provide the complete address of Medicare within fifteen days of this Order, or else the Court will enter a finding that plaintiff had pre-existing medical conditions that caused his alleged injuries.

14. It is ordered that in the case of *Robert Disessa v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 283830, the plaintiff shall provide further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the dispensing pharmacy for Baycol within fifteen days of this Order, or else he shall be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also provide within fifteen days of this Order, the name and address of the doctor that performed the tests and/or diagnosed the conditions identified in Section IV.J –L of the Plaintiff Fact Sheet, or else the Court will enter a finding that plaintiff had pre-existing conditions that caused his alleged injuries. The plaintiff shall also provide the name and address of the health care provider that plaintiff saw regarding the alleged injuries and/or illnesses within fifteen days of this Order, or else the Court will enter a finding that the plaintiff did not suffer any injuries as a result of Baycol.

15. It is ordered that in the case of *Helen Duckworth v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 283762, the plaintiff shall provide within fifteen days further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the dispensing pharmacy for Baycol, and the dates of Baycol usage, or else she shall be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also provide the name and address of the doctor who diagnosed plaintiff's thyroid disorder within fifteen days, or else the Court will enter a finding that plaintiff had pre-existing medical conditions that caused her alleged injuries.

16. It is ordered that in the case of *Winnie Enloe v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 285554, the plaintiff shall produce within fifteen days of this Order further responsive answers to the interrogatories in the Plaintiff Fact Sheet asking whether written instructions/warnings about Baycol were given to plaintiff, and identify the nature of plaintiff's alleged injuries and/or illnesses, or else the Court will enter a finding that the plaintiff did not suffer any injuries as a result of Baycol.

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

17. It is ordered that in the case of *Lydia Pacheco v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 283257, the plaintiff shall provide within fifteen days further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the dispensing pharmacy for Baycol, and the dosage of Baycol taken, or else she shall be precluded from entering into evidence any fact or evidence of Baycol use. The plaintiff shall also provide within fifteen days of this Order, the name and address of the dispensing pharmacy for Zocor, and the name and address of the doctor that performed the tests and/or diagnosed the conditions identified in Section IV.J –L of the Plaintiff Fact Sheet, or else the Court will enter a finding that plaintiff had pre-existing conditions that caused her alleged injuries.

18. It is ordered that in the case of *Alba Pella v. Bayer Corporation, et al.*, San Francisco County Superior Court No. 411244, the plaintiff shall provide within fifteen days further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the doctor performing tests identified in Section IV.K, or else the Court will enter a finding that the plaintiff had pre-existing medical conditions that caused his alleged injuries.

19. It is ordered that in the case of *David Staleny v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. BC 284972, the plaintiff shall provide within fifteen days further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the urgent care facility identified in Section IV.I , the complete address of the pharmacy at Walgreens identified in Section V.A, V.D and VII, and the complete name and address for Dr. Lackman, or else the Court shall enter a finding that the plaintiff had pre-existing medical conditions that caused his alleged injuries.

///

///

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

20. It is ordered that in the case of *Mattie Walker v. Bayer Corporation, et al.*, Los Angeles County Superior Court No. TC 016174, the plaintiff shall provide within fifteen days further responsive answers to the interrogatories in the Plaintiff Fact Sheet regarding the name and address of the prescribing doctor for Zocor, and the name and address of the dispensing pharmacy for Zocor, or else the Court will enter a finding that the plaintiff had pre-existing medical conditions that caused plaintiff's injuries.

**IT IS SO ORDERED.**

Dated: OCT 3 0 2003

By: WENDELL R. MORTIMER, JR

Hon. Wendell Mortimer, Jr.

E-SERVED 11/02/04 04:45 PM ET Baycol MDL 1431

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013-1010.

On October 31, 2003, I served the foregoing document described as **Notice of Entry of Order** on interested parties in this action through the use of the California Baycol Website maintained by Verilaw Technologies. I caused the foregoing document to be transmitted to Verilaw Technologies, Inc. for electronic service in the following manner (check one box):

☒ I provided the document(s) listed above electronically to Verilaw Technologies through the Verilaw website pursuant to the instructions on that website. [If the document is provided to Verilaw electronically by 11:00 pm, then the document will be deemed served on the date that it was provided to Verilaw.]

☐ I provided the document(s) listed above by facsimile transmission to Verilaw Technologies pursuant to the instructions on the Verilaw website and using the facsimile cover page generated through the system website for this document. [*The document will be deemed served on the earlier of (i) the date the electronic message from Verilaw indicating that the document has been served; or (ii) one day after facsimile to Verilaw as attested to in this proof of service.*]

☐ I provided the document(s) listed above on the date shown above to an overnight delivery service for delivery the next day to Verilaw Technologies, accompanied by the cover sheet generated by the Verilaw website pursuant to the instructions for providing documents by hard copy. [*The document will be deemed served on the earlier of (i) the date the electronic message from Verilaw indicating that the document has been served; or (ii) one day after delivery to the overnight service as attested to in this proof of service.*]I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 31, 2003 at Los Angeles, California.

Eva A. Fitzhugh (signature)
Eva A. Fitzhugh