E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

# EXHIBIT A

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND UNEMPLOYMENT RECORDS – CLAIM FOR LOST WAGES OR LOST EARNING CAPACITY**

(No Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested:**

______________________________
Provider Name ("Provider")

______________________________
Address City, State and Zip Code

**Patient:**

______________________________
Patient Name

______________________________
Address City, State and Zip Code

______________________________
Date of Birth Social Security Number

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of my employment record and all of my individually identifiable health information, including, without limitation:

| | | |
|---|---|---|
| applications for employment | resumes | records of all positions held |
| job descriptions of positions held | performance evaluations and reports | salary and/or compensation records |
| statements and comments of fellow employees | attendance records | W-2's |
| workers' compensation files | all hospital, physician clinic, infirmary, nurse and dental records | x-rays, test results, physical examination records |

any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf

and any other records relating to my employment with the above-named institution, except for records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Person To Whom Records Are To Be Disclosed:**

______________________________________
Name of Representative ("Requestor")

______________________________________
Representative Capacity

______________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ____________________ ________________________________________
Signature of Patient, Guardian, or Personal Representative

________________________________________________________________
Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ____________________ ________________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

________________________________________

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND UNEMPLOYMENT RECORDS – NO CLAIM FOR LOST WAGES OR LOST EARNING CAPACITY**
(Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested:**

______________________________________
Provider Name ("Provider")

______________________________________
Address City, State and Zip Code

**Patient:**

______________________________________
Patient Name

______________________________________
Address City, State and Zip Code

______________________________________
Date of Birth Social Security Number

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of my employment record and all of my individually identifiable health information, including, without limitation: all employment attendance records; workers' compensation files; all hospital, physician, clinic, infirmary, nurse and dental records; x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf; and any other medical records relating to my employment with the above-named institution, including records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed**:

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ________________ ____________________________________
Signature of Patient, Guardian, or Personal Representative

______________________________________________________________
Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ________________ ____________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

____________________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF INSURANCE RECORDS**

**Person/Entity from Whom Records are Requested:**

______________________________
Provider Name ("Provider")

______________________________
Address City, State and Zip Code

**Patient:**

______________________________
Patient Name

______________________________
Address City, State and Zip Code

______________________________
Date of Birth Social Security Number

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of all forms and records regarding insurance claims, applications and benefits, and all medical, health, hospital, physician, nursing or allied health professional reports, records, notes, or invoices and bills, which may be in the possession of the Provider, except for records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed**:

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ________________ ____________________________________
Signature of Patient, Guardian, or Personal Representative

____________________________________

Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ________________ ____________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

____________________________________

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
(No Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested:**

______________________________________________
Provider Name ("Provider")

______________________________________________
Address City, State and Zip Code

**Patient:**

______________________________________________
Patient Name

______________________________________________
Address City, State and Zip Code

______________________________________________
Date of Birth Social Security Number

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of my entire medical record and all of my individually identifiable health information, including, without limitation:

- medical reports
- blood tests
- radiographic films
- CT scans
- X-rays
- MRI films
- MRA films
- correspondence
- progress notes
- prescription records
- echocardiographic recordings
- written statements
- employment records
- wage records
- disability records
- medical bills
- pathology specimens

and other documents in your possession including records from other providers, except for records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed:**

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ____________________ ______________________________________
Signature of Patient, Guardian, or Personal Representative

______________________________________
Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ____________________ ______________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

______________________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS**
(Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested**

______________________________
Provider Name ("Provider")

______________________________
Address City, State and Zip Code

**Patient:**

______________________________
Patient Name

______________________________
Address City, State and Zip Code

______________________________
Date of Birth Social Security Number

**Information Authorized To Be Disclosed:** I authorize the Provider to furnish copies of my entire medical record and all of my individually identifiable health information, including, without limitation:

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

- medical reports
- blood tests
- radiographic films
- CT scans
- X-rays
- MRI films
- MRA films
- correspondence
- progress notes
- prescription records
- echocardiographic recordings
- written statements
- employment records
- wage records
- disability records
- medical bills
- pathology specimens

and other documents in your possession including records from other providers, including records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed:**

______________________________________________
Name of Representative ("Requestor")

______________________________________________
Representative Capacity

______________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, mental health, psychiatric information, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ____________________ ________________________________________
Signature of Patient, Guardian, or Personal Representative

________________________________________
Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ____________________ ________________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

________________________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND UNEMPLOYMENT RECORDS – NO CLAIM FOR LOST WAGES OR LOST EARNING CAPACITY**
(No Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested:**

______________________________
Provider Name ("Provider")

______________________________
Address City, State and Zip Code

**Patient:**

______________________________
Patient Name

______________________________
Address City, State and Zip Code

______________________________
Date of Birth Social Security Number

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of my employment record and all of my individually identifiable health information, including, without limitation: all employment attendance records; workers' compensation files; all hospital, physician, clinic, infirmary, nurse and dental records; x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf; and any other medical records relating to my employment with the above-named institution, except for records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed**:

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ____________________ ________________________________________
Signature of Patient, Guardian, or Personal Representative

---

Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ____________________ ________________________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

________________________________________

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

**HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION**

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT AND UNEMPLOYMENT RECORDS – NO CLAIM FOR LOST WAGES OR LOST EARNING CAPACITY**
(Psychological Injury is Claimed)

**Person/Entity from Whom Records are Requested:**

______________________________
Provider Name ("Provider")

______________________________
Address City, State and Zip Code

**Patient:**

______________________________
Patient Name

______________________________
Address City, State and Zip Code

______________________________
Date of Birth Social Security Number

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of my employment record and all of my individually identifiable health information, including, without limitation: all employment attendance records; workers' compensation files; all hospital, physician, clinic, infirmary, nurse and dental records; x-rays, test results, physical examination records; any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf; and any other medical records relating to my employment with the above-named institution, including records for treatment of psychological, psychiatric or emotional problems, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed**:

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.