E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ______________ ______________________________
Signature of Patient, Guardian, or Personal Representative

______________________________________________
Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ______________ ______________________________
Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

______________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

IN THE SUPERIOR COURT
FOR THE COUNTY OF LOS ANGELES

IN RE BAYCOL CASES I AND II :
: JCCP Nos. 4217 and 4223

# HIPAA COMPLIANT AUTHORIZATION FOR USE AND DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION

# AUTHORIZATION FOR RELEASE OF WORKERS' COMPENSATION AND SOCIAL SECURITY RECORDS

**Person/Entity from Whom Records are Requested:**

__________________________________________
Provider Name ("Provider")

______________________________________________
Address City, State and Zip Code

**Patient:**

______________________________________________
Patient Name

______________________________________________
Address City, State and Zip Code

______________________________________________
Date of Birth Social Security Number

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Information Authorized To Be Disclosed**: I authorize the Provider to furnish copies of any and all workers' compensation and social security records of any sort, including but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts or other documents, to the following representative of the defendants in the litigation captioned *In re Baycol Cases I and II*, JCCP Nos. 4217 and 4223 (Superior Court of the State of California for the County of Los Angeles), in which I am a plaintiff:

**Person To Whom Records Are To Be Disclosed**:

________________________________________
Name of Representative ("Requestor")

________________________________________
Representative Capacity

________________________________________
Address City, State and Zip Code

I understand that the Requester is seeking these records on behalf of Bayer Corporation and Bayer AG, and that during the course of the litigation any records may be disclosed to Bayer Corporation, Bayer AG, and any other party to the above-captioned proceeding and their employees and agents (including expert witnesses) in accordance with the terms of the protective order entered May 23, 2002 in JCCP Nos. 4217 and 4223.

The records requester has agreed to pay reasonable charges made by the Provider to supply copies of such records.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**Purpose of Disclosure**: I am requesting this disclosure to allow these records to be used in connection with the litigation in which I am a plaintiff.

**Acknowledgements:** I understand that this disclosure may include information relating to treatment of drug or alcohol abuse, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), sexually transmitted diseases, sickle cell anemia treatment, tuberculosis information, and genetic information.

I understand that if the persons or entities to whom I am asking that the Provider disclose this information are not covered by federal privacy regulations, then this information will no longer be protected under federal privacy law and that re-disclosure may be permitted under federal privacy law.

I understand that my signing or revocation of this authorization will not affect my health care treatment or eligibility for payment under my health plan.

**Term:** Unless otherwise revoked, this authorization shall be valid until June 1, 2008. This authorization remains in full force and effect until such expiration, and further authorizes the Provider to release to the Requestor any additional records created or obtained by the Provider after the date hereof.

**Revocation:** I understand that I may revoke this authorization at any time by writing to the Provider at the Provider's above address, but my revocation will not apply to information that has already been released before the Provider receives notice of any revocation.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

It is expressly understood by me that the Provider is authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to the Provider.

Date: ________________ ____________________________________

Signature of Patient, Guardian, or Personal Representative

____________________________________________________________

Description of the Guardian's or Personal Representative's Authority to Act for the Patient

Date: ________________ ____________________________________

Witness Signature

This authorization is not valid unless the records Requester named above has executed the following acknowledgement:

**ACKNOWLEDGEMENT**

The undersigned, as the record requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to the laws of the State of California, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records from the person or entity to whom it is addressed, if named in Plaintiff's Fact Sheet; or, if the authorization is addressed to a third party not listed in Plaintiff's Fact Sheet, the attorney for the patient named has been given ten (10) days advance notice and has been afforded an opportunity to object to the request, and any objections have been resolved. The attorney for the patient named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records from the undersigned requestor at a reasonable cost.

______________________________

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

# EXHIBIT B

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

# IN RE BAYCOL CASES I AND II
## JCCP Nos. 4217 and 4223
## PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

I. **Case Information**

A. Please state the following for the civil action that you filed:

1. Case caption:______________________________

2. Civil Action No:______________________________

3. Court in which action was originally filed:______________________________

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

______________________________
Name

______________________________
Firm

______________________________
Street Address

______________________________
City, State and Zip Code

______________________________
Telephone Number Fax Number

______________________________
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name:______________________________

2. Address:______________________________

3. In what capacity are you representing the person?______________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:__________

5. Your relationship to deceased or represented person:__________

6. If you represent a decedent's estate, state the date of decedent's death:__________

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

II. <u>**Personal Information**</u>

A. Name:__________

B. Have you ever used any other names and, if so, when:__________

C. Current Address:__________

D. How long have you been living at this address?__________

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can.__________

F. Social Security Number:__________

G. Date and place of birth:__________

H. Sex: Male____ Female____

I. Marital Status:__________

J. If applicable, name of current spouse and date of marriage:__________

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years:____________________________________________
____________________________________________
____________________________________________

L. Name(s) of children and date(s) of birth, if applicable:____________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________

M. Current employer:

Name:____________________
Address:____________________
Job Duties:____________________
Job Title:____________________
Dates Employed:____________________
Full-time or Part-time:____________________
Name of Supervisor:____________________

Are you making a claim for lost wages or lost earning capacity? _____ Yes _____ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name:____________________
Address:____________________
Job Duties:____________________
Job Title:____________________
Dates Employed:____________________
Full-time or Part-time:____________________
Reason for Leaving:____________________
Name of Supervisor:____________________

2. Name:____________________
Address:____________________
Job Duties:____________________
Job Title:____________________
Dates Employed:____________________
Full-time or Part-time:____________________
Reason for Leaving:____________________
Name of Supervisor:____________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

O. Please provide the following information about your education:

1. High School

Name:________________________________
Address:________________________________
Grade completed:____________________________
Year graduated:____________________________

2. Did you attend school beyond high school? _____ Yes _____ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| | | | | |
| | | | | |

P. Have you used a computer at any time during the past five (5) years?
_____ Yes _____ No

If "yes," please complete the following:

1. Did you have e-mail? _____ Yes _____ No

2. Did you have internet access? _____ Yes _____ No

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No _____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

_____ Yes _____ No _____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes _____ No _____ I don't know

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

_____ Yes _____ No

If "yes, please complete the following:

| Name of Company | Address |
|---|---|
| | |
| | |
| | |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

_____ Yes _____ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application:_____
2. Type of benefits:_____
3. Amount awarded:_____
4. Basis of your claim:_____
5. If denied, reason for denial:_____
6. To what agency or company you submitted your application (*e.g.*, Pennsylvania Division of Social Security):_____

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

_____ Yes _____ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened.

_____

_____

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

_____ Yes _____ No

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.

______________________________

______________________________

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name:______________________________
   Specialty, if any:______________________________
   Address:______________________________
   Phone:______________________________
   Reason(s) for visit(s):______________________________
   ______________________________
   Medications prescribed or recommended:______________________________
   ______________________________

2. Name:______________________________
   Specialty, if any:______________________________
   Address:______________________________
   Phone:______________________________
   Reason(s) for visit(s):______________________________
   ______________________________
   Medications prescribed or recommended:______________________________
   ______________________________

3. Name:______________________________
   Specialty, if any:______________________________
   Address:______________________________
   Phone:______________________________
   Reason(s) for visit(s):______________________________
   ______________________________
   Medications prescribed or recommended:______________________________
   ______________________________

4. Name:______________________________
   Specialty, if any:______________________________
   Address:______________________________
   Phone:______________________________
   Reason(s) for visit(s):______________________________
   ______________________________
   Medications prescribed or recommended:______________________________
   ______________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

5. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
__________
Medications prescribed or recommended:__________
__________

6. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
__________
Medications prescribed or recommended:__________
__________

7. Name:__________
Specialty, if any:__________
Address:__________
Phone:__________
Reason(s) for visit(s):__________
__________
Medications prescribed or recommended:__________
__________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

## IV. Your Medical Background

A. Height:__________

B. Current Weight:__________

C. Your Smoking History

1. Never smoked cigarettes __________

2. Past smoker of cigarettes __________
Date on which smoking ceased __________
Amount smoked: _____ packs per day for _____ years

3. Current smoker of cigarettes__________
Amount smoked: _____ packs per day for _____ years

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

_____ Yes _____ No _____ I don't know

If "yes," please identify:

a. What form:________________________
b. Dates of use:________________________
c. Amount of use:________________________

D. Alcohol Consumption

On average, how much alcohol do you drink?

_____ None
_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital:________________________
Address:________________________
Phone:________________________
Reason(s) for hospitalization(s):________________________
________________________
________________________

2. Name of hospital:________________________
Address:________________________
Phone:________________________
Reason(s) for hospitalization(s):________________________
________________________
________________________

3. Name of hospital:________________________
Address:________________________
Phone:________________________
Reason(s) for hospitalization(s):________________________
________________________
________________________

[ATTACH ADDITIONAL PAGES, IF NECESSARY]

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation:________________________________
Name of surgeon:________________________________
Address of surgeon:________________________________
Reason for surgery:________________________________

2. Name of operation:________________________________
Name of surgeon:________________________________
Address of surgeon:________________________________
Reason for surgery:________________________________

3. Name of operation:________________________________
Name of surgeon:________________________________
Address of surgeon:________________________________
Reason for surgery:________________________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:________________________________
Address:________________________________
Date:________________________________
Diagnosis:________________________________
Treatment:________________________________
Medications:________________________________
Did condition resolve?________________________________
Current status of condition:________________________________

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:________________________________
Address:________________________________
Date:________________________________
Diagnosis:________________________________
Treatment:________________________________
Medications:________________________________
Did condition resolve?________________________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

Current status of condition:_______________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:_______________
Address:_______________
Date:_______________
Diagnosis:_______________
Treatment:_______________
Medications:_______________
Did condition resolve?_______________
Current status of condition:_______________

J. Have you had any of the following tests or procedures in the past ten (10) years?

| Test/ Procedure | Yes | No | I don't know |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK) | | | |
| EMG/Nerve conduction Studies | | | |
| Cystoscopy | | | |
| Liver biopsy | | | |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | | |

If "yes," please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test:_______________
b. Date administered:_______________
c. Reason for test:_______________
d. Facility name and address:_______________
e. Ordering doctor:_______________
f. Results/diagnosis:_______________
g. Treatment:_______________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

K. Have you been tested for any of the following in the last ten (10) years:

| Condition | | Yes | No | I don't know |
|---|---|---|---|---|
| Diabetes | | | | |
| Atherosclerosis | | | | |

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

| Condition | Yes | No | I don't know |
|---|---|---|---|
| Myocardial infarction/ heart attack | | | |
| Abnormal heart rhythm | | | |
| Congestive heart failure | | | |
| Angina | | | |
| Thyroid disorder | | | |
| Autoimmune disease | | | |

If you responded "yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing:____________________
Testing doctor:____________________
Treatment:____________________

b. Type of condition and date of testing:____________________
Testing doctor:____________________
Treatment:____________________

c. Type of condition and date of testing:____________________
Testing doctor:____________________
Treatment:____________________

L. Have you ever been diagnosed as having:

| Condition | Yes | No | I don't know |
|---|---|---|---|
| High cholesterol | | | |
| Elevated trigylcerides | | | |
| Hypertension/high blood pressure | | | |
| Obesity | | | |
| Diabetes | | | |
| Thyroid disorder | | | |
| Autoimmune disease | | | |
| Abnormal heart rhythm | | | |
| Congestive heart failure | | | |
| Angina | | | |
| Myocardial infarction | | | |
| Atherosclerosis | | | |

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

a. Condition and date of diagnosis:____________________
Name of diagnosing doctor:____________________
Treatment:____________________

b. Condition and date of diagnosis:____________________
Diagnosing doctor:____________________
Treatment:____________________

c. Condition and date of diagnosis:____________________
Diagnosing doctor:____________________
Treatment:____________________

V. **Baycol**

A. Have you ever taken Baycol? ______ Yes ______ No

If "yes," then complete the following:

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Were you given any written instructions, warnings or other information regarding your use of Baycol?

______ Yes ______ No ______ I don't know

1. If "yes," when did you receive the information?____________________

2. Who gave you the information?____________________

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability.____________________

C. Were you ever given any oral instructions, warnings or other information regarding your use of Baycol?

______ Yes ______ No ______ I don't know

1. If "yes," when did you receive them?____________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

2. Who gave them to you?____________________

3. Please describe the oral instructions you received to the best of your ability.__________

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness:____________________

2. The date that you first became aware of the physical injuries or illness:__________

3. How you first became aware of the physical injuries or illness: __________

4. Whether those injuries or illnesses are continuing:____________________

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

_____ Yes _____ No _____ I don't know

If "yes," please complete the following for each healthcare provider:

a. Name:____________________
b. Address:____________________

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

c. Date of first consultation with that healthcare provider:________________

d. Date of last consultation:________________________________

e. Do you plan to continue to consult with that healthcare provider? ____Yes ___No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

_____ Yes _____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion.________________________________________

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what:________________________________________

2. Amount of fees or expenses:______________________________

3. Person or company paid or to be paid:_________________________

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. ________________________________________
2. ________________________________________
3. ________________________________________
4. ________________________________________
5. ________________________________________

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | | | | | |
| Lescol [Fluvastatin] | | | | | |
| Lipitor [Atorvastatin] | | | | | |
| Mevacor [Lovastatin] | | | | | |
| Pravachol [Pravastatin] | | | | | |
| Zocor [Simvastatin] | | | | | |
| Niacin [Vitamin B3] | | | | | |
| LoCholest [Cholestyramine] | | | | | |
| Questran [Cholestyramine] | | | | | |
| Prevalite [Cholestyramine] | | | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | | | | |
| Tricor [Femofibrate] | | | | | |
| Bezafibrate | | | | | |
| Ciprofibrate | | | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | | | | |
| Erythrocin & Others [Erythromycin] | | | | | |
| Flagyl [Metronidazole] | | | | | |
| Nizoral [Ketoconazole] | | | | | |
| Sporanox [Itraconazole] | | | | | |
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | | | | |
| Sandimmune [Cyclosporine] | | | | | |
| **OTHER** | | | | | |
| Anticoagulants | | | | | |
| Heart Drugs | | | | | |
| Thyroid Medications | | | | | |
| Other | | | | | |

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

## VIII. Family History

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes _____ No ______ I don't know

B. If "yes," please complete the following:

Relative's name:________________________________
Relationship to you:________________________________
Type of health problem:________________________________
Date and cause of death, if applicable:________________________________

Relative's name:________________________________
Relationship to you:________________________________
Type of health problem:________________________________
Date and cause of death, if applicable:________________________________

Relative's name:________________________________
Relationship to you:________________________________
Type of health problem:________________________________
Date and cause of death, if applicable:________________________________

Relative's name:________________________________
Relationship to you:________________________________
Type of health problem:________________________________
Date and cause of death, if applicable:________________________________

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol.

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider.

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff.

8. Decedent's death certificate (if applicable).

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol.

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), attached Authorization for Release of Insurance Records, and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed). (Please leave the addressee and representative areas blank.)

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

____________________ Dated

____________________ Signature

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

**IN RE BAYCOL CASES I AND II**
**JCCP Nos. 4217 and 4223**

**SUPPLEMENTAL FACT SHEET FOR CLAIMS OF**
**EMOTIONAL DISTRESS AND PSYCHOLOGICAL INJURIES AND HARM**

I. Are you making a claim for mental, emotional, psychological or psychiatric injuries or illness from your use of Baycol? ____ Yes ____ No

II. If you are making a claim for mental, emotional, psychological or psychiatric injuries or illness from your use of Baycol, please provide the following information:

1. Nature of the injury or illness: ____________________
2. The date you first became aware of this injury or illness: ____________________
3. How you first became aware of this injury or illness: ____________________
4. Whether (and if so, how) this injury or illness has changed over time: ____________________

III. If you have seen a doctor, clinic or any other healthcare provider for treatment of this mental, emotional, psychological or psychiatric injury or illness, please provide the following information:

1. Name: ____________________
2. Address: ____________________
3. Date of first consultation with that healthcare provider: ____________________
4. Date of last consultation: ____________________
5. Do you plan to continue to consult with that healthcare provider? ____ Yes ___ No

IV. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

____ Yes ____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. ____________________

V. If you have experienced or have been treated for any mental, emotional, psychological, or psychiatric condition or problem (including depression) prior to your use of Baycol, please complete the following:

E-SERVED 11/17/04 09:21 PM ET Baycol MDL 1431

| Condition or problem for which treated | Dates of treatment | Treatment provider (name and address) |
|---|---|---|
| | | |
| | | |
| | | |

VI. **Documents**

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all psychiatric or psychological medical records from any physician, hospital, clinic, healthcare provider that treated you in the last ten (10) years.

VII. **Authorization**

Complete and sign the attached Authorization for Release of Medical Records (Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (Psychological Injuries Claimed).

VIII. **Declaration**

I declare under penalty of perjury that all of the information provided in this Plaintiff's Supplement Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part VI of this Plaintiff's Supplemental Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

____________________ ____________________
Dated Signature

E-SERVED
11/17/04
09:21 PM ET
Baycol MDL 1431

# SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

555 WEST FIFTH STREET
LOS ANGELES, CALIFORNIA 90013
TELEPHONE 213 896 6000
FACSIMILE 213 896 6600
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

## FACSIMILE/TELECOPIER TRANSMISSION

**From:**

**Name:** Sean A. Commons, Esq.

**Voice:** (213) 896-6010

**To:**

**Name:** Patti Pomerantz
**Company:**
**Facsimile#:** (415) 477-6710
**Voice Phone:**
**Subject:** In re Baycol Products Litigation

**Date:** 11/09/2004 **Time:** 11:48:31 AM **No. Pages (Including Cover):** 20

**Message:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE US POSTAL SERVICE. THANK YOU.

SIDLEY AUSTIN BROWN & WOOD LLP IS A DELAWARE LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS